UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

FILED BY ___ D.C.

05 JUN -9 PM 4:34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| TODD ERTL, | ) |
| Plaintiff | ) |
| v. | ) Case No. 99-1267 Bre/P |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| Defendants | ) |

## AGREED ORDER HOLDING DEADLINES IN ABEYANCE

It appears to the satisfaction of the Court that the parties have agreed, as evidenced by the signatures of counsel for all parties below, that all deadlines be held in abeyance until after a scheduled Status Conference on June 24, 2005. This matter being agreeable with the Court, it is hereby,

**ORDERED**, that all current deadlines are held in abeyance until after the scheduled Status Conference on June 24, 2005.

Dated: this 9 day of June, 2005.

_____
~~J. DANIEL BREEN~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Document entered on the docket sheet in compliance
and/or 79(a) FRCP on 6/13/05

APPROVED FOR ENTRY:

*/s/ Brandon O. Gibson*
**JAMES I. PENTECOST**
**BRANDON O. GIBSON**
**PENTECOST, GLENN & RUDD, PLLC**
106 Stonebridge Blvd.
Jackson, Tennessee 38305

**ROBERT J. WALKER**
**MARK TIPPS**
**JOSEPH WELBORN**
**WALKER, BRYANT, TIPPS & MALONE**
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424

COUNSEL FOR DEFENDANTS

*/s/ Gaston Fairey w/ pern. Brandon O.G.*
**WAYNE A. RITCHIE, II**
**ROBERT W. RITCHIE**
**RITCHIE, FELS & DILLARD**
P.O. Box 1126
Knoxville, Tennessee 37901-1126

**W. GASTON FAIREY**
**W. GASTON FAIREY, LLC**
1722 Main Street, Suite 300
Columbia, South Carolina 29201

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by U.S. mail upon **Wayne A. Ritchie, II** and **Robert W. Ritchie**, Ritchie Fels & Dillard, P.C., P.O. Box 1126, Knoxville, TN 37901-1126 and **W. Gaston Fairey, LLC,** 1722 Main Street, Suite 300, Columbia, SC 29201 on June 8th, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: */s/ Brandon O. Gibson*
James I. Pentecost (#011640)
Brandon O. Gibson (#21485)
Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 1:99-CV-01267 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable J. Breen
US DISTRICT COURT