*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
## *EASTERN DISVISION*

FILED BY ___ DC
85 JUL -8 AM 9: 31
ROBERT R. DITROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN, JACKSON

TODD ERTL,                                    JUDGMENT IN A CIVIL CASE

           Plaintiff,

v.

CORRECTIONS CORPORATION              CASE NO: 1:99-1267-B
OF AMERICA, et al.,

           Defendants.

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on July 5, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

July 6, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 07-11-05

93

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in
case 1:99-CV-01267 was distributed by fax, mail, or direct printing on
July 11, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Honorable J. Breen
US DISTRICT COURT